## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Juanita McElroy** ) | |
| 1336 Orchard Dr. ) | |
| St. Clair, MO 63077, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:10-cv-01581 |
| vs. ) | |
| ) | |
| **Northstar Location Services, LLC** ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### Notice of Dismissal

It is hereby stipulated by and between plaintiff, Juanita McElroy, and defendant, Northstar Location Services, LLC, that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #45595MO, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (866)804-1569
ATTORNEY FOR PLAINTIFF