IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Juanita McElroy**<br>1336 Orchard Dr.<br>St. Clair, MO 63077,<br><br>   Plaintiff,<br><br>vs.<br><br>**Northstar Location Services, LLC**<br><br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:10-cv-01581<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Notice of Dismissal**

*So Ordered*

[signature] 12/20/10

   It is hereby stipulated by and between plaintiff, Juanita McElroy, and defendant, Northstar Location Services, LLC, that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

                Respectfully submitted,


                /s/ Steven R. White

                Purschke, White, Robinson & Becker LLC
                STEVEN R. WHITE #45595MO, MBE 45595
                316 E. Locust
                Union, Missouri 63084
                white@purschkewhite.com
                (636) 583-5760  Fax: (866)804-1569
                ATTORNEY FOR PLAINTIFF